UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASHMAN EQUIPMENT CORPORATION<br>AND<br>SERVICIO MARINA SUPERIOR, L.L.C. | CIVIL NO. 2-15-cv-00396 (Lead)<br>c/w C.A. No. 15-cv-1956 (Member) |
| VERSUS | JUDGE: PATRICIA MINALDI |
| OFFSHORE CONTRACTORS, LTD., OPI<br>INTERNATIONAL CONTRACTORS, LTD.,<br>OPI INTERNATIONAL CONSTRUCTION,<br>LTD., OPI INTERNATIONAL HOLDINGS,<br>LTD., OPI INTERNATIONAL NIGERIA,<br>LIMITED AND OFFSHORE CONTRACTORS,<br>INC. | MAG: KATHLEEN KAY<br><br><br><br><br><br>**Applies to C.A. No. 15-cv-0396** |

## AMENDED MOTION FOR DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

**NOW INTO COURT,** through undersigned counsel, comes, Shane Acy, Richard Clement, John E. Dingler, Johnny R. Dingler, Juan Manual Muniz Fernandez, Jorge Alberta Huerta Garcia, Brandon Lambeck, Jose Campos Martinez, Fred McMinn, Edwin Figatilli Osnaya, Basilio Rivera, Ricci Waites, Travis Brantley and Abby James Perkins, (hereinafter "Crew"), all individuals of the full age of majority and residents of the United States of America, Mexico and Spain, and officers and/or crew members formerly employed on board the M/V GLOBAL IROQUOIS (IMO #8758287). This is an amended motion with an amended Order filed herein, solely to correct undersigned counsel's error as to the placement of the settlement funds. This motion transfers all settlement amounts into counsel's trust account for proper disbursement. As such, the Crew moves this Honorable Court for an expedited Order disbursing the following from the funds currently in the registry of this Honorable Court:

|     | **PAYEE** | **PRINICIPAL AMOUNT** |
| --- | --- | --- |
| 1. | Jacq. Pierot & Sons, LLC<br>29 Broadway<br>New York, NY 10006<br>*Broker fee of $88,125.00*<br>*Costs of: $6,152.76* | $94,277.76[1] |
| 2. | Shane Acy<br>3390 Clubhouse Rd<br>Utica, MS 39175 | $48,238.40[2] |
| 3. | Travis Brantley<br>P.O. Box 2053<br>Monticello, MS 39645 | $20,777.40 |
| 4. | Richard Clement<br>1299 Clemon Rd<br>Vinton, LA 70668 | $69,550.65 |
| 5. | John E. Dingler<br>9292 Dovic Rd.<br>Lake Charles, LA 70607 | $128,406.69 |
| 6. | Johnny R. Dingler<br>124 Arrant Rd<br>West Monroe, LA 71292 | $64,018.79 |
| 7. | Juan Manual Muniz Fernandez<br>Touro No. 56<br>Rivera – 15960<br>La Coruna Spain | $61,107.05 |
| 8. | Jorge Alberta Huerta Garcia<br>Ignacio Zaragoza #403<br>Col. Heroe de Nacozari<br>Cd. Madero Tamaulipas, Mexico<br>Zip Code 89520 | $26,662.65 |
| 9. | Brandon Lambeck<br>13321 Hwy 699<br>Maurice, CA 70555 | $78,383.58 |

---

[1] By Order [R. Doc. 134], Jacq. Pierot & Sons, LLC was appointed broker and awarded brokerage fees and expenses from the sale of the vessel.
[2] R. Doc. 134 awarded Crew lost wages and expenses as listed herein.

| | | |
|---|---|---|
| 10. | Jose Campos Martinez<br>Noya La Coruna<br>Sierro De Outes<br>Crucero De Roo De Abajo<br>La Coruna Spain | $45,594.95 |
| 11. | Fred McMinn<br>2766 Saline Rd<br>Fenton, Missouri 63026 | $78,364.28 |
| 12. | Edwin Figatilli Osnaya<br>AV Principal #35<br>Col. Francisco Sarabia<br>Nicolas Romero Edomex<br>Zip Code 54473 | $34,822.99 |
| 13. | Abby James Perkins<br>1099 Grand Anse Hwy<br>Breaux Bridge, LA 70517 | $87,492.74 |
| 14. | Basilio Rivera<br>514 Brockhampton<br>Houston, TX 77013 | $68,715.66 |
| 15. | Ricci Waites<br>9724 Dyer Rd<br>Baker, LA 70714 | $66,749.77 |
| 16. | Hoffoss Devall and Dodson & Hooks,<br>APLC – attorneys' fees<br>517 W. College Street<br>Lake Charles, LA 70605 | $105,000.00[3] |
| 17. | Hoffoss Devall and Dodson & Hooks,<br>APLC - *custodial legis* expenses<br>517 W. College Street<br>Lake Charles, LA 70605 | $15,456.97 |

On November 18, 2015 the vessel sold for $7,050,000.00 and of those funds, $6,998,016.64 was deposited into the registry of the Court on January 5, 2016.

---

[3] R.Doc. 134. In addition, it was ordered that undersigned be paid $105,000.00 in attorneys' fees and $73,809.64 in *custodial legis* expenses. Of the $73,809.64 in *custodial legis* expenses awarded, $15,456.97 remains unpaid.

By previous orders of this Honorable Court [R.Doc. 133 and 134], the aforementioned sums have been ordered to be paid.

It is represented that all interested counsel of record has been notified of this filing and there has been no objection lodged.

This motion should replace the motion filed on January 5, 2016 [R.Doc. 188].

WHEREFORE, the Crew prays for an Order directing the Clerk of Court for the United States Western District Court, to make an immediate draw in the amount of $ 1,093,620.33, payable to the Law Office of HOFFOSS DEVALL, Client Trust Account, for the purpose of disbursement.

**DODSON & HOOKS, APLC**

/s/ *Kenneth H. Hooks,*
Kenneth H. Hooks, III (LA. Bar No. 25097)
Michael A. Colomb (LA. Bar No. 1035)
Richard J. Dodson (LBR 4982)
H. Price Mounger, III (LA. Bar No. 19077)
112 Founders Drive
Baton Rouge, LA 70810
Telephone: 225-756-0222
Facsimile: (225) 756-0025

Claude P. Devall
**HOFFOSS DEVALL, LLC**
3295 Ryan Street
Lake Charles, LA 70601
Telephone: 337-433-2053
Facsimile: 337-433-2055

*Attorneys for Acy, et al*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 8, 2016, I electronically filed the foregoing pleading with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record.

       */s/ Kenneth H. Hooks, III*
      KENNETH H. HOOKS, III