UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASHMAN EQUIPMENT CORPORATION AND SERVICIO MARINA SUPERIOR, L.L.C. | CIVIL NO. 2-15-cv-00396 (Lead) c/w C.A. No. 15-cv-1956 (Member) |
| VERSUS | JUDGE: PATRICIA MINALDI |
| OFFSHORE CONTRACTORS, LTD.,  OPI INTERNATIONAL CONTRACTORS, LTD., OPI INTERNATIONAL CONSTRUCTION, LTD., OPI INTERNATIONAL HOLDINGS, LTD., OPI INTERNATIONAL NIGERIA, LIMITED AND OFFSHORE CONTRACTORS, INC. | MAG: KATHLEEN KAY Applies to C.A. No. 15-cv-0396 |

# MOTION FOR REIMBURSEMENT OF *CUSTODIAL LEGIS* EXPENSES FROM THE REGISTRY

**NOW INTO COURT,** through undersigned counsel, comes, Shane Acy, Richard Clement, John E. Dingler, Johnny R. Dingler, Juan Manual Muniz Fernandez, Jorge Alberta Huerta Garcia, Brandon Lambeck, Jose Campos Martinez, Fred McMinn, Edwin Figatilli Osnaya, Basilio Rivera, Ricci Waites, Travis Brantley and Abby James Perkins, (hereinafter "Crew"), all individuals of the full age of majority and residents of the United States of America, Mexico and Spain, and officers and/or crew members formerly employed on board the M/V GLOBAL IROQUOIS (IMO #8758287), owned by Offshore Contractor's, LTD, who moves this Honorable Court for an expedited Order directed to the Clerk of Court for the disbursement of $73,809.64 to HOFFOSS DEVALL which represents *custodial legis* expenses paid by undersigned.  This Honorable Court has previously awarded the reimbursement of these expenses on September 11, 2015.[1]

---

[1] R. Doc. 134.

It is represented that all interested counsel of record has been notified of this filing and there has been no objection lodged.

WHEREFORE, the Crew prays for an Order directing the Clerk of Court for the United States Western District Court, to make an immediate draw to HOFFOSS DEVALL in the amount of $73,809.64 representing reimbursement of *custodial legis* expenses.

**DODSON & HOOKS, APLC**

/s/ *Kenneth H. Hooks,*
Kenneth H. Hooks, III (LA. Bar No. 25097)
Michael A. Colomb (LA. Bar No. 1035)
Richard J. Dodson (LBR 4982)
H. Price Mounger, III (LA. Bar No.  19077)
112 Founders Drive
Baton Rouge, LA  70810
Telephone: 225-756-0222
Facsimile: (225) 756-0025

Claude P. Devall
**HOFFOSS DEVALL, LLC**
3295 Ryan Street
Lake Charles, LA 70601
Telephone: 337-433-2053
Facsimile:  337-433-2055

***Attorneys for Acy, et al***

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I electronically filed the foregoing pleading with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Kenneth H. Hooks, III*
KENNETH H. HOOKS, III